**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-2473

_____

WARDELL RODNEY JONES,

Plaintiff - Appellant,

versus

CAPITAL ONE FINANCIAL CORPORATION,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (CA-04-512)

_____

Submitted:  March 10, 2005          Decided:  March 14, 2005

_____

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Wardell Rodney Jones, Appellant Pro Se.  Robert Francis Holland, MCGUIREWOODS, LLP, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wardell Rodney Jones appeals the district court's order dismissing his civil action against Capital One Financial Corporation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jones v. Capital One Fin. Corp., No. CA-04-512 (E.D. Va. Nov. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED